UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                  Case No. 13-11401-PGH
                                                                                        Chapter 11
IL Bacio, Inc.,

_____Debtor_____/

### DEBTOR IN POSSESSION'S APPLICATION
### FOR EMPLOYMENT OF ATTORNEY

Il Bacio, Inc., debtor in possession, respectfully requests an order of the court authorizing the employment of Angelo A. Gasparri of The Law Offices of Angelo A. Gasparri, PLLC, to represent the debtor(s) in this case and states:

1. On January 22nd, 2013, the debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

2. The debtor desires to employ Angelo A. Gasparri as attorney in this case.

3. The debtor believes that the attorney is qualified to practice in this court and is qualified to advise the debtor on its relations with, and responsibilities to, the creditors and other interested parties.

4. The professional services the attorney will render are summarized as follows:

   (a) To give advice to the debtor with respect to its powers and duties as debtor in possession and the continued management of its(their) personal operations;

   (b) To advise the debtor(s) with respect to its(their) responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;

   (c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;

   (d) To protect the interests of the debtor(s) in all matters pending before the court;

   (e) To represent the debtor(s) in negotiation with its(their) creditors in the preparation of a plan.

5. To the best of the debtor's knowledge, neither said attorney nor said law firm have any connection with the creditors or other parties in interest or its(their) respective attorneys. Neither said attorney nor said law firm represent any interest adverse to the debtor.

LF-15 (rev. 12/01/09)

Page 1 of 2

6. Attached to this motion is the proposed attorney's affidavit demonstrating Angelo A. Gasparri and The Law Offices of Angelo A. Gasparri, PLLC, are disinterested as required by 11 U.S.C. §327(a) and a verified statement as required under Bankruptcy Rule 2014.

The debtor(s) respectfully request(s) an order authorizing retention of Angelo A. Gasparri and The Law Offices of Angelo A. Gasparri, PLLC, on a general retainer, pursuant to 11 U.S.C. §§327 and 330.

I CERTIFY that a true copy of this application was mailed on the 25th day of January, 2013, to the appropriate parties pursuant to a Certificate of Service filed as of this date.

Debtor Signature:
Debtor Name: Il Bacio, Inc.
Street Address: 29 Southeast 2nd Ave
City, State, Zip: Delray Beach, FL 33444
Telephone:

Submitted by:
/s/Angelo A. Gasparri
Respectfully submitted,
Angelo A. Gasparri, Esq.
The Law Offices of Angelo A. Gasparri
1080 S. Federal Highway
Boynton Beach, FL 33435
Phone: (561) 826-8986
Fax: (561) 935-9706
Florida Bar No. 032158

Copies to:

Debtor
U.S. trustee
Attorney for Creditor's Committee (or if none 20 largest unsecured creditors)
All Appearances

LF-15 (rev. 12/01/09)